# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF HUBER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOM BLANCHARD and CAROL )<br>HOLT, d/b/a COUNCIL OF )<br>MOTORSPORTS CLUBS–ROCKY )<br>MOUNTAIN REGION, INC., and )<br>MICHAEL J. BAURES, )<br>)<br>Defendants. )<br>) | 7:03CV5025<br><br>ORDER OF DISMISSAL |

This matter is before the court on the plaintiff's MOTION TO DISMISS WITH PREJUDICE (#49). Being fully advised in the premises, the court finds that dismissal is appropriate. Pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED:**

1. The MOTION TO DISMISS WITH PREJUDICE (#49) is granted.

2. This case is dismissed with prejudice as to each and every claim.

3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED December 2, 2005.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**